WADE ANTHONY ROBERTSON
P.O. Box 20185
Stanford, CA.  94309
Telephone:  (866) 845-6003
Facsimile:  (866) 832-2760
Email:  lawfirm@onebox.com

*PRO SE*  RESPONDENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF | CASE NO.:  13-mc-80207-WHA |
| | [~~PROPOSED~~] ORDER GRANTING |
| Wade Anthony Robertson - #217899 | RESPONDENT WADE ROBERTSON'S  ADMINISTRATIVE MOTION TO SUSPEND THE DEADLINE FOR COMPLIANCE WITH THE SEPTEMBER 25, 2013 ORDER OF THE COURT, OR TO OTHERWISE EXTEND THE TIME TO COMPLY |

The Court, having considered the motion filed by Wade Robertson, appearing *pro se*, to suspend compliance with the November 4, 2013 deadline imposed in this matter by the Court's earlier September 25, 2013 Order [Dkt. #1], any opposition thereto, and good cause having been shown, it is hereby:

ORDERED, that the motion shall be and the same hereby is GRANTED; and it is further

ORDERED, that the November 4, 2013 deadline imposed in this matter by the Court's earlier September 25, 2013 Order [Dkt. #1] is hereby suspended pending further order from the Court.

So Ordered.

Dated: ___November 1, 2013.___

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER                                                Case No.: 13-mc-80207-WHA