IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF WADE ANTHONY ROBERTSON - #217899,

No. C 13-80207 WHA

/     **ORDER RE STATUS REPORT**

A November 2013 order requested that Attorney Wade Anthony Robertson file a progress report as to the status of his disciplinary proceedings by the earlier of April 14, 2014, or within ten days after the Supreme Court of California issues an order as to his potential discipline. "In the meantime, Attorney Robertson will remain suspended from practice in this district court on an interim basis until further notice" (Dkt. No. 5).

On April 14, Attorney Robertson stated: "As of today's date — April 14, 2014 — the status of Robertson's disciplinary proceedings in the State Bar of California are essentially *the same* now as they were when Robertson filed his earlier October 2013 Response . . . and as when the Court issued its November 2013 Order" (Dkt. No. 6) (emphasis in original). Attorney Robertson moves to vacate the interim suspension because no order has issued from the California Supreme Court. The motion is **DENIED**. Attorney Robertson's reliance on dictum in *Khanna v. State Bar of California*, 505 F. Supp. 2d 633, 638 (N.D. Cal. 2007) (Judge Edward Chen), is misplaced. *Khanna* involved constitutional law and Section 1983 claims. By contrast, this proceeding is pursuant to this district's reciprocal disciplinary rules. *See* Local Rule 11-7.

Attorney Robertson shall file a progress report as to the status of his disciplinary proceedings, by whichever deadline comes first: (1) within **TEN DAYS** after the Supreme Court of California issues an order as to his potential discipline, or (2) by **NOON ON AUGUST 4, 2014**. Attorney Robertson remains suspended from practice in this district court on an interim basis until further notice.

**IT IS SO ORDERED.**

Dated: April 15, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2