**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF WADE ANTHONY                    No. C 13-80207 WHA
ROBERTSON - #217899,

_____/                **ORDER RE STATUS REPORT**

     In November 2013, Attorney Wade Anthony Robertson was ordered to file a progress report.  "In the meantime, Attorney Robertson will remain suspended from practice in this district court on an interim basis until further notice" (Dkt. No. 5).

     In August 2014, Attorney Robertson stated that his disciplinary proceeding remained ongoing.  Accordingly, Attorney Robertson shall file a progress report as to the status of his disciplinary proceedings, by whichever deadline comes first:  (1) within **TEN DAYS** after the Supreme Court of California issues an order as to his potential discipline, or (2) by **NOON ON FEBRUARY 23, 2015**.  Attorney Robertson remains suspended from practice in this district court on an interim basis until further notice.

     **IT IS SO ORDERED.**

Dated:   August 12, 2014.

                                 WILLIAM ALSUP
                                 UNITED STATES DISTRICT JUDGE