UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF WADE ANTHONY ROBERTSON - #217899

Case No. 13-mc-80207-JD

**ORDER RE SUSPENSION**

Mr. Robertson remains suspended on an interim basis from practicing as a member of the bar of this Court. Based on the State Bar of California trial court decision, the Court has serious concerns about Mr. Robertson's fitness and eligibility to practice in this federal judicial district. However, in deference to comity, the Court will not make a final decision on that issue until the State Bar disciplinary proceedings are completed.

Mr. Robertson is ordered to file a further status report regarding his state disciplinary proceedings 90 days from the date of this order and every 90 days thereafter, except that he is to file a notice with this Court within 10 days of the California Supreme Court issuing any order as to his potential discipline or disbarment.

**IT IS SO ORDERED.**

Dated: April 20, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF WADE ANTHONY ROBERTSON - #21,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WADE ANTHONY ROBERTSON,<br><br>　　　　Defendant. | Case No.  13-mc-80207-JD<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on June 17, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Wade Anthony Robertson
P.O. Box 20185
Stanford, CA 94309

Dated: June 17, 2015

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


　　　　　　　　　　　　　　　　　　　　By: *Lisa R. Clark* _____
　　　　　　　　　　　　　　　　　　　　LISA R. CLARK, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable JAMES DONATO